CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

      60 South Market Street, Suite 1200
      San Jose, California 95113
      Telephone: (408) 535-5596
      FAX: (408) 535-5066
      Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-22-305-EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MARCIAL PARRAL, and MARCO ANTONIO MANRIQUEZ, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Marcial Parral and Marco Antonio Manriquez.

DATED: March 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

       /s/
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL
CR-22-305-EJD

v. 8/4/2021

Leave is granted to the government to dismiss the indictment against Marcial Parral and Marco Antonio Manriquez.

Date:   March __, 2026

_____
HON. EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL
CR-22-305-EJD                                                                v. 8/4/2021