CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

     60 South Market Street, Suite 1200
     San Jose, California 95113
     Telephone: (408) 535-5596
     FAX: (408) 535-5066
     Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-22-305-EJD |
| Plaintiff, | NOTICE OF DISMISSAL & ORDER |
| v. | |
| MARCIAL PARRAL, and MARCO ANTONIO MANRIQUEZ, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Marcial Parral and Marco Antonio Manriquez.

DATED: March 24, 2026

                                        Respectfully submitted,

                                        CRAIG H. MISSAKIAN
                                        United States Attorney

                                            /s/
                                        JEFF MITCHELL
                                        Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Marcial Parral and Marco Antonio Manriquez.

Date:   March 26, 2026

HON. EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL
CR-22-305-EJD                                                        v. 8/4/2021